NEW HANOVER COUNTY v. JACKSON

No. 320P97

Case below: 126 N.C.App. 435

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

PAYNE v. STATE OF N.C., DEPT. OF HUMAN RESOURCES

No. 367P97

Case below: 126 N.C.App. 672

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

PFOUTS v. BUCKNER

No. 377P97

Case below: N.C. Judicial Standards Comm.

Petition by plaintiff for writ of certiorari to review the order of the N.C. Judicial Standards Comm. dismissed 2 October 1997.

PRIDGEN v. HUGHES

No. 427P97

Case below: 127 N.C.App. —— (19 August 1997)

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 October 1997.

RICHARDSON v. McCRACKEN ENTERPRISES

No. 341A97

Case below: 126 N.C.App. 506

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 2 October 1997.